**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christian Francisco G.,<br>Plaintiff(s),<br>v.<br>Frank Bisignano,<br>Defendant(s). | Case No. 2:26-cv-00622-NJK<br>**ORDER** |

Plaintiff is proceeding *pro se* in this social security appeal. On May 4, 2026, the Commissioner filed the certified administrative record, Docket No. 10, which constitutes the filing of an answer, Suppl. R. for Soc. Sec. 4(b). As such, Plaintiff's opening brief seeking relief was due on June 3, 2026. Supp. R. for Soc. Sec. 6. No such opening brief has been filed. Accordingly, the Court **ORDERS** Plaintiff to file his opening brief by October 26, 2026. **Failure to comply with this order may result in dismissal of this appeal**.

IT IS SO ORDERED.

Dated: October 5, 2026

Nancy J. Koppe
United States Magistrate Judge