**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Christian Francisco G.,

Plaintiff,

v.

Frank Bisignano,

Defendant.

Case No. 2:26-cv-00622-NJK

**Order**

Plaintiff is proceeding *pro se* in this social security appeal. On May 4, 2026, the Commissioner filed the certified administrative record, Docket No. 10, which constitutes the filing of an answer, Suppl. R. for Soc. Sec. 4(b). As such, Plaintiff's opening brief seeking relief was due on June 3, 2026. Supp. R. for Soc. Sec. 6. No such opening brief was filed.

On October 5, 2026, the Court ordered Plaintiff to file his opening brief by October 26, 2026, and warned Plaintiff that failure to comply with the order may result in dismissal of his appeal. Docket No. 13. Once again, Plaintiff failed to file an opening brief. As such, the Court **DISMISSES** this case. The Clerk's Office is instructed to **CLOSE** this case.

IT IS SO ORDERED.

Dated: October 28, 2026

Nancy J. Koppe
United States Magistrate Judge